UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE SANTOS ACOSTA ANGELES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-00625 |
| | § | |
| WARDEN, PORT ISABEL PROCESSING | § | |
| CENTER, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## **ORDER**

Petitioner Jose Santos Acosta Angeles is currently detained by Immigration and Customs Enforcement at the Port Isabel Service Processing Center in Cameron County, Texas.  In this habeas action, Petitioner contests Respondents' ability to detain him without a bond hearing under 8 U.S.C. § 1225(b)(2)(A).  Petitioner bases his habeas action on statutory arguments under 8 U.S.C. §§ 1225 and 1226, and on the Due Process Clause of the Fifth Amendment.

In February 2026, the Fifth Circuit issued its ruling in *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026), which forecloses any statutory entitlement to a bond hearing for individuals detained under Section 1225(b)(2)(A).  In light of this decision, the Court ordered Petitioner to file a Statement in support of his Petition addressing prior decisions by this Court considering and rejecting due process claims similar to those that he alleges. (*See* Order, Doc. 3) Petitioner timely filed a Response (Doc. 4), urging release on due process grounds.

The Court has reviewed the Petition and Petitioner's Response and is inclined to conclude that Petitioner has not demonstrated that he is entitled to the requested relief.  The Court notes, however, that the Fifth Circuit is currently considering and has heard oral argument in a case raising due process claims analogous to those that Petitioner alleges here. *See Sosnava Rodriguez v. Ortega*, Case No. 26-50183 (5th Cir. 2026).

1 / 2

To facilitate the Court's final resolution of Petitioner's claims under the Due Process Clause, the Court will await the Fifth Circuit's decision before ruling on the issues that Petitioner raises.

For these reasons, however, it is:

**ORDERED** that any request by Petitioner Jose Santos Acosta Angeles for a preliminary injunction or other form of immediate injunctive relief is **DENIED**.

Signed on June 25, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge