United States District Court
Southern District of Texas

**ENTERED**

July 08, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE SANTOS ACOSTA ANGELES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-625 |
| | § | |
| WARDEN, PORT ISABEL PROCESSING | § | |
| CENTER, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Jose Santos Acosta Angeles is currently detained by Immigration and Customs Enforcement at the Port Isabel Service Processing Center in Cameron County, Texas.  In this habeas action, Petitioner contests Respondents' ability to detain him without a bond hearing under 8 U.S.C. § 1225(b)(2)(A).  Petitioner bases his habeas action on statutory arguments under 8 U.S.C. §§ 1225 and 1226, and on provisions of the Fifth Amendment.

The Fifth Circuit has determined that "the Government may detain aliens under Section 1225(b)(2)(A) for ninety days but no longer without a bond hearing." *Sosnava Rodriguez v. Ortega*, — F.4th —, No. 26-50183, 2026 WL 1906557, at *16 (5th Cir. July 2, 2026).

In this case, Respondents detained Petitioner on February 19, 2026.  Based on this date, more than 90 days have elapsed since Petitioner's detention, and the record contains no evidence that Respondents have provided him with a bond hearing.

As a result, and based on *Sosnava*, it is:

**ORDERED** that Petitioner Jose Santos Acosta Angeles's Petition for Writ of Habeas Corpus (Doc. 1 ) is **GRANTED** to the extent indicated in this Order;

**ORDERED** that Respondents shall release Petitioner Jose Santos Acosta Angeles by no later than July 17, 2026, unless before that date, Respondents have provided Petitioner Jose Santos Acosta Angeles with a bond hearing that is procedurally and substantively similar to bond

1 / 2

hearings under 8 U.S.C. § 1226(a) and the Immigration Judge denies a bond or other conditions permitting release.  If the Immigration Judge grants a bond or other conditions permitting release, Petitioner Jose Santos Acosta Angeles must satisfy any requirements that the Immigration Judge imposes for release.

It is also **ORDERED** that by no later than July 15, 2026, should Respondents believe that *Sosnava* does not control in this matter, Respondents shall file a Motion for Reconsideration. The filing of such a motion will not affect the deadlines in this Order regarding a bond hearing and release.

All other relief not expressly granted is **DENIED**.

The Clerk of Court is directed to serve a copy of this Order upon the Respondents in the same manner as prescribed in the Memorandum of Understanding for court-issued documents.

This is a final and appealable order.

The Clerk of Court is directed to close this case.

Signed on July 8, 2026.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge